UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 24-CR-1989-TWR |
|---|---|
| Plaintiff, | **JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| VERONICA LUJAN, | |
| Defendant | |

Upon the motion of the Government pursuant to Federal Rule of Criminal Procedure 48(a), IT IS HEREBY ORDERED that the Indictment against VERONICA LUJAN in this case is dismissed without prejudice.

SO ORDERED AND ADUDGED.

DATED: 1/17/2025

_____
HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT COURT JUDGE